**Opinion issued February 20, 2014**



In The

# Court of Appeals

For The

# First District of Texas

———————————

### NO. 01-13-01018-CV

———————————

### FELICIA NICOLE JONES, Appellant

### V.

### MACY'S AND ERIC LIMBOCKER, Appellees

On Appeal from the 239th District Court
Brazoria County, Texas
Trial Court Case No. 74030

## MEMORANDUM OPINION

Appellant attempts to appeal from an order dismissing defendants Macy's and Eric Limbocker dated October 29, 2013. Although the order states that it is final and disposes of all claims, causes of actions and parties, the record demonstrates that the order did not dispose of all claims, causes of action and

parties.  *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001)(Whether a judicial decree is a final, appealable judgment must be determined from its language and the record in the case.).

Appellant filed a written response but failed to demonstrate that we have jurisdiction over this appeal.  Accordingly, we dismiss the appeal for lack of jurisdiction.  *See* Tex. R. App. P. 42.3(a).

We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Massengale and Huddle.